# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Donyel Perry

        Debtor(s)

In Proceedings
Under Chapter 13

BK 26–30424–mel

## ORDER REQUIRING ADMISSION TO COURT

Certain pleadings have been filed in this case on behalf of Donyel Perry by Don Perry who is not admitted to practice before the Federal Courts in the Southern District of Illinois.  Local Rule 83.1 in the United States District Court for the Southern District of Illinois requires that either an attorney be admitted to practice generally in this District or be admitted pro hac vice in a specific case.

**IT IS THEREFORE ORDERED** that Don Perry submit the appropriate documentation demonstrating compliance with Local Rule 83.1 on or before 5/18/26, or show cause in writing within the same time why this Court should not strike the pleadings and/or dismiss the case filed by counsel for Donyel Perry.

ENTERED: May 11, 2026

/s/ Mary E. Lopinot
UNITED STATES BANKRUPTCY JUDGE