# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ILLINOIS

Bankruptcy Proceeding No. 26–30424–mel
Chapter No.: 13
Judge: Mary E. Lopinot

In re: Donyel Perry
       Debtor(s)

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–1644

PLEASE TAKE NOTICE that a status conference will be held

at U.S. Bankruptcy Court, Melvin Price US Courthouse, 750 Missouri Ave,
East St Louis, IL 62201
on 5/28/26 at 09:00 AM

to consider and act upon the following:

Initial Filings and Obligations of Bankruptcy

Dated: May 11, 2026

DIRECT ALL COURT CORRESPONDENCE TO:                             Dean M Lugge
U.S. BANKRUPTCY COURT                                      Clerk, U.S. Bankruptcy Court
750 MISSOURI AVENUE
EAST ST. LOUIS, IL 62201

**IF A PARTY FAILS TO APPEAR IN PERSON OR BY COUNSEL THE COURT MAY PROCEED WITH THE SCHEDULED HEARING AND MAY ENTER AN APPROPRIATE ORDER OR JUDGMENT INCLUDING DISMISSAL OF THE PENDING MATTER.**

Carrying of firearms is prohibited.  Section 65 of the Illinois Firearm Concealed Carry Act prohibits a concealed carry license holder from carrying a firearm on or into any building/property under the control of a federal government or the courts.

Hazardous road conditions may necessitate canceling scheduled hearings.  When applicable contact the Bankruptcy Clerk's office at (618) 482–9400.